CRAIG THOR KIMMEL
ROBERT M. SILVERMAN



* Member, PA Bar
* Member, NJ Bar
* Member, DE Bar
* Member, NY Bar
* Member, MA Bar
* Member, MD Bar
* Member, OH Bar
* Member, MI Bar
* Member, NH Bar
* Member, CT Bar
* Member, TN Bar
* Member, WV Bar
* Member, DC Bar
* Member, CA Bar
* Member, WI Bar
* Member TX Bar
* Member NJ Bar
* Certified by the New Jersey Supreme Court as a Civil Trial Attorney

# KIMMEL & SILVERMAN
P.C.

www.CREDITLAW.com
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

DELAWARE, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
NEW ENGLAND, 136 Main Street, Suite 301, Danielson, CT 06239, (860) 866-4380
NEW JERSEY, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
NEW YORK, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
W. NEW YORK, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-5112
W. PENNSYLVANIA, 210 Grant Street, Suite 202, Pittsburgh, PA 15219, (412) 566-1001

Please reply to CORPORATE HEADQUARTERS

TIMOTHY J. ABEEL, JR.
AMY L. BENNECOFF
W. CHRISTOPHER COMPONOVO
FRED DAVIS
JOSEPH L. GENTILCORE
JACQUELINE C. HERRITT
CHRISTOPHER J. KELLEHER
TARA L. PATTERSON
ROBERT A. RAPKIN
CHRISTINA GILL ROSEMAN
RICHARD A. SCHOLER
ANGELA K. TROCCOLI
ALFRED J. TUMOLO III

MEMO ENDORSED

December 13, 2012

Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 14C
New York, NY 10007

*adjourn to Feb. 1, 2013 @ 9:30 AM*

*[signature] Colleen McMahon*
*12/14/12*

Re: Loren Solomon v. Allied Interstate LLC
Civil Action No. 12-cv-07940-CM

Dear Judge McMahon:

On November 16, 2012, this Honorable Court issued an order scheduling an Initial Pre-Trial Conference for Friday, December 21, 2012, beginning at 11:15 a.m.

Plaintiff requests a continuance of the Initial Pre-Trial Conference because he has not been able to make service of the Complaint on Defendant, Allied Interstate LLC. Specifically, on November 6, 2012, Plaintiff sent a copy of the Complaint, Notice of Lawsuit, and Waiver of Service of Summons to Defendant's principal place of business: 335 Madison Avenue, 27th Floor, New York, NY 10017. While the Complaint, Notice of Lawsuit, and Waiver of Service of Summons were received by Defendant on November 9, 2012; however, Defendant did not return an executed copy of the Waiver of Service of Summons. Thereafter, on December 10, 2012, Plaintiff retained a process server to make personal service of the Complaint and Notice of Lawsuit on Defendant. When the process server arrived at Defendant's principal place of business, he was denied access into the building by security, thereby preventing him from making personal service on Defendant.

"When Debt Collectors called you, they never expected you to call us"
© Copyright 2009-2012 All Rights Reserved, Kimmel & Silverman, P.C.

The undersigned reached out to the law firm of Reed Smith, which has represented Defendant in other cases in the Southern District of New York to obtain an address to make personal service on Defendant. Yesterday, December 12, 2012, Reed Smith provided that information to the undersigned. Now, the undersigned has contacted a private process server to make service on Defendant at the address provided by Reed Smith.

Since service has not been made on Defendant, Plaintiff requests an adjournment of the conference so that he can make service of the Complaint on Defendant.

Thank you for your consideration of this request.

Sincerely,

CRAIG THOR KIMMEL

"When Debt Collectors called you, they never expected you to call us"
© Copyright 2009-2012 All Rights Reserved. Kimmel & Silverman, P.C.