UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOREN SOLOMON,<br><br>      Plaintiff<br><br>v.<br><br>ALLIED INTERSTATE, LLC, f/k/a<br>ALLIED INTERSTATE, INC.,<br><br>      Defendant | )<br>)<br>)<br>)  CASE NO:  1:12-CV-07940-CM-MHD<br>)<br>)<br>)<br>)  NOTICE OF MOTION FOR ATTORNEYS'<br>)  FEES AND COSTS<br>)<br>)<br>) |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declarations of Craig Thor Kimmel, Amy L. Bennecoff, Tara L. Patterson, Joseph L. Gentilcore, Suzanne M. Pontious, and exhibits attached thereto, together with all prior pleadings and proceedings had herein, Plaintiff, hereby respectfully moves this Court before the Honorable Colleen McMahon at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a time and date set by the Court, for an Order granting Plaintiff's attorneys' fees and costs, and for such further relief as the Court may deem just and proper.

                                                Respectfully Submitted,

                                                Kimmel & Silverman, P.C.

                                                By: _/s/ Craig Thor Kimmel_
                                                    Craig Thor Kimmel
                                                    1001 6th Avenue, Suite 12
                                                    New York, NY 10018
                                                    Phone: (800) 668-3247
                                                    Fax: (800) 863-1689
                                                    Email: kimmel@creditlaw.com
                                                    Attorney for Plaintiff

Dated: May 15, 2013